FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 NOV 17 AM 10: 32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONNELL QUARTERMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-231
)
TERRY QUARTERMAN, )
Administrator, and MARK )
QUARTERMAN JR., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of November 2010.

          WILLIAM T. MOORE, JR.
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion for Extension of Time and Return of Exhibits (Doc. 6) is **GRANTED IN PART** and **DENIED IN PART**. The Clerk of Court is **DIRECTED** to return to Plaintiff his complaint, along with all attachments and exhibits (Doc. 1). Plaintiff's request for additional time is **DENIED**.